No. 00–8155.  HAWKINS *v.* MORSE ET AL.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 00–8504.  SYVERTSON *v.* NORTH DAKOTA; and

No. 00–8522.  SYVERTSON *v.* SCHUETZLE, WARDEN.  Sup. Ct. N. D.  Motions of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE STEVENS dissents.  See *id.,* at 4, and cases cited therein.  Reported below: No. 00–8504, 620 N. W. 2d 362.

No. 00A833.  MASSIE, BY AND THROUGH KROLL, NEXT FRIEND *v.* WOODFORD, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, dismissed.

No. 00A834.  WOODFORD, WARDEN, ET AL. *v.* CALIFORNIA FIRST AMENDMENT COALITION ET AL.  C. A. 9th Cir.  Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–2233.  IN RE DISBARMENT OF MANDEL.  Disbarment entered.  [For earlier order herein, see 531 U. S. 1122.]

No. 00M74.  DOOLITTLE *v.* BAUGH ET AL.; and

No. 00M75.  CITY COLLEGES OF CHICAGO ET AL. *v.* WESTCAP ENTERPRISES, INC., ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.